BARRY J. PORTMAN
Federal Public Defender
COLLEEN MARTIN
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant JENKINS

FILED

DEC 15 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NATASHA JENKINS, <br><br> Defendant. | No. CR 06-204 TJB <br><br> **STIPULATION AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS CONFERENCE currently scheduled for December 16, 2009, at 2:00 p.m. before the Honorable Timothy Bommer, be continued to January 12, 2010 at 10:00 a.m. before the duty magistrate judge.

The status of the case is that the defense has been provided with discovery. The parties have been in discussion and the parties anticipate resolving the case with a negotiated disposition. However, counsel for the defendant needs to conduct some additional investigation into the defendant's criminal history. Counsel for the defendant is in the process of obtaining records regarding the defendant, but anticipates that the process will not be completed before December 16, 2009. In addition, counsel for the defendant will be out of the office between December 21, 2009 and January 4, 2010. For that reason, the parties stipulate to a continuance of

the status conference until January 12, 2009. This will allow counsel for the defense sufficient time to obtain necessary records, review them, discuss them with the defendant, and continue negotiations with the government.

The parties further stipulate that the time from the date of this stipulation, to January 12, 2010, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel, taking into account due diligence.

DATED: December 14, 2009         /S/
                                 WADE RHYNE
                                 Assistant United States Attorney


DATED: December 14, 2009         /S/
                                 COLLEEN MARTIN
                                 Assistant Federal Public Defender
                                 Counsel for NATASHA JENKINS


## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference date in this case, currently scheduled for status on December 16, 2009 at 2:00 p.m. before the Honorable Timothy J. Bommer be continued to January 12, 2009 at 10:00 a.m. before the duty magistrate judge.

IT IS FURTHER ORDERED that the time from the date of this Order to January 12, 2010 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 12/15/09

HONORABLE TIMOTHY J. BOMMER
United States Magistrate Judge