1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant JENKINS
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,       )   No. CR 06-204 LB
11                                 )
                  Plaintiff,       )
12                                 )   **STIPULATION AND [PROPOSED]**
   vs.                             )   **ORDER**
13                                 )
   NATASHA JENKINS,                )
14                                 )
                  Defendant.       )
15 _____ )

16      IT IS HEREBY STIPULATED, by and between the parties to this action, that the

17 STATUS CONFERENCE currently scheduled for March 22, 2010, at 10:00 a.m. be continued to

18 May 5, 2010 at 10:00 a.m. Magistrate Judge Luarel Beeler.

19      The status of the case is that the U.S. Attorney's Office has recommended that Ms.

20 Jenkins be considered for Pretrial Diversion. The Pretrial Services Office is in the process of

21 evaluating Ms. Jenkins for acceptance into the Pretrial Diversion program, but that evaluation is

22 not yet complete. The continuance will allow the Pretrial Services Office to complete its

23 evaluation and will allow counsel for the defendant to continue investigation of this case.

24 Pretrial Services is aware of this request for a continuance and has no objection to the request.

25      The parties further stipulate that the time from the date of this stipulation, to May 5,

26 2010, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C.

§§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel, taking into account due diligence.

| | | |
|---|---|---|
| DATED: | March 18, 2010 | /S/ |
| | | CHRISTINA McCALL |
| | | Assistant United States Attorney |
| DATED: | March 18, 2010 | /S/ |
| | | COLLEEN MARTIN |
| | | Assistant Federal Public Defender |
| | | Counsel for NATASHA JENKINS |

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference date in this case, currently scheduled on March 22, 2010 at 10:00 a.m., before the Honorable Laurel Beeler, be continued to May 5, 2010 at 10:00 a.m., before the Honorable Laurel Beeler.

IT IS FURTHER ORDERED that the time from the date of this Order to April 12, 2010 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for consideration of Ms. Jenkins for the Pretrial Diversion program and for adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: March 22, 2010

_____
LAUREL BEELER
United States Magistrate Judge