1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WADE M. RHYNE  (CABN 216799)
   Assistant United States Attorney

5
   MATTHEW DELLABETTA
6  Law Clerk

7     1301 Clay Street, Suite 340S
      Oakland, CA 94612
8     Telephone: (510) 637-3737
      Fax: (510) 637-3724
9     E-Mail: matthew.dellabetta@usdoj.gov

10 Attorneys for Plaintiff

11
                   UNITED STATES DISTRICT COURT
12
                 NORTHERN DISTRICT OF CALIFORNIA
13
                         OAKLAND DIVISION
14

15 UNITED STATES OF AMERICA,            )    No. CR-06-00204-LB
                                        )
16       Plaintiff,                     )    STIPULATION AND [PROPOSED]
                                        )    ORDER TO EXCLUDE TIME UNDER
17    v.                                )    THE SPEEDY TRIAL ACT
                                        )
18 NATASHA JENKINS,                     )
                                        )
19       Defendant.                     )
                                        )
20 _____      )

21       On January 12, 2010, the parties appeared before the Court for a status conference

22 hearing in the above-captioned matter.  The Court informed the parties that the matter could be

23 taken off calendar if Pretrial Services determined the defendant was eligible for Pretrial

24 Diversion.  Pretrial Services has now recommended that the defendant be granted a term of

25 Pretrial Diversion for a period of nine months.

26       The parties hereby stipulate, with leave of the Court, that the status conference currently

27 scheduled for May 5, 2010 at 10:00 a.m. be taken off calendar.  The United States will defer

28 prosecution of the defendant because of Pretrial Diversion.  The parties further stipulate that time

   [PROPOSED] ORDER
   CR-06-00204-LB

1 │ be excluded from the Speedy Trial Act for the purpose of allowing the defendant to demonstrate

2 │ her good conduct.  18 U.S.C. § 3161(h)(2).

3 │ Dated: May 3, 2010                                    /s/
   │                                              WADE M. RHYNE
4 │                                              Assistant United States Attorney

5 │
   │ Dated: May 3, 2010                                    /s/
6 │                                              COLLEEN MARTIN
   │                                              Attorney for Defendant

7 │

8 │                         **SIGNATURE ATTESTATION**

9 │          I hereby attest that I have on file all holograph signatures for any signatures indicated by

10 │ a "conformed" signature (/S/) within this e-filed document.

11 │                                **ORDER**

12 │     1.  The United States Attorney's Office has entered into a written agreement with defendant

13 │ Natasha Jenkins to defer prosecution of her case to enable her to demonstrate her good conduct.

14 │ The diversionary period is nine months, and if the defendant completes the diversion

15 │ successfully, then the information in this case will be dismissed.  The parties stipulate that with

16 │ the Court's approval of this stipulation and order, the diversionary period is statutorily excluded

17 │ under the Speedy Trial Act.  *See* 18 U.S.C. § 3161(h)(2).

18 │     2.  Based on the parties' agreement for diversion, the parties ask the Court to vacate the May

19 │ 5, 2010, status date.  The Court vacates that date and sets a new status date of February 10, 2011,

20 │ at 9:30 a.m. on the Court's regular criminal calendar, and excludes time under the Speedy Trial

21 │ Act until February 10, which is the end of the nine-month diversion period.  *See* 18 U.S.C. §

22 │ 3161(h)(2).  Assuming the defendant completes the diversion period successfully, the parties

23 │ shall submit a further order to the Court in February 2011 vacating the February 10, 2011

24 │ hearing, and the government will submit a notice dismissing the information.

25 │     IT IS SO ORDERED.

26 │ DATED: May 6, 2010

27 │                                              LAUREL BEELER
   │                                              United States Magistrate Judge

28 │

[PROPOSED] ORDER
CR-06-00204-LB                            -2-