MELINDA HAAG (CABN 132612)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-00204 LB |
| Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| | ) | OAKLAND VENUE |
| NATASHA JENKINS, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information without prejudice.

DATED: June 2, 2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

MAUREEN BESSETTE
Chief, Oakland Branch

NOTICE OF DISMISSAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

Leave is granted to the government to dismiss the information in the above-entitled case without prejudice.

Date: June 3, 2011

HON. LAUREL BEELER
United States Magistrate Judge